UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR62 |
| | ) | |
| vs. | ) | **FINAL ORDER OF** |
| | ) | **FORFEITURE** |
| | ) | |
| DAVID MCINTYRE, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the United States' Motion for Final Order of Forfeiture (Filing No. 174). The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On July 8, 2010, the Court entered a Preliminary Order of Forfeiture (Filing No. 120) pursuant to the provisions of Title 21, United States Code, Sections 841 and 853, based upon the Defendant's plea of guilty to Count II and the forfeiture allegation in the Superseding Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in Lot 26, Block 2, Grand View Estates, a subdivision of Knox County, Nebraska, locally known as 26 Circle Drive, Crofton, Nebraska, was forfeited to the United States.

2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site www.forfeiture.gov for at least thirty consecutive days, beginning on August 8, 2010, as required by Rule G(4)(a)(iii)(B) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed herein on October 13, 2010 (Filing No. 158 ).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

IT IS THEREFORE ORDERED:

A.  The Plaintiff's Motion for Final Order of Forfeiture (Filing No. 174) is hereby sustained.

B.  All right, title and interest in and to Lot 26, Block 2, Grand View Estates, a subdivision of Knox County, Nebraska, locally known as 26 Circle Drive, Crofton, Nebraska, held by any person or entity is hereby forever barred and foreclosed.

C.  Lot 26, Block 2, Grand View Estates, a subdivision of Knox County, Nebraska, locally known as 26 Circle Drive, Crofton, Nebraska, be, and the same hereby is, forfeited to the United States of America.

D.  The United States is directed to dispose of said property in accordance with law.

DATED this 21st day of November, 2011.

BY THE COURT:

S/ Laurie Smith Camp
United States District Judge